## LOUIS BAKER v. STATE.

No. A-4905.   Opinion Filed Feb. 13, 1924.
(223 Pac. 1117.)

Appeal from County Court, Hughes County; Owen H. Rives, Judge.

Louis Baker was convicted of unlawful possession of intoxicating liquor, and he appeals. Appeal dismissed.

Hall & Pickens, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Louis Baker, was convicted on a charge that he did have in his possession whisky with the unlawful intent to violate provisions of the pro-

hibition liquor laws, and in accordance with the verdict of the jury he was sentenced to be confined in the county jail for 30 days and to pay a fine of $50 and the costs. From the judgment he appealed, by filing in this court on December 22, 1923, petition in error, with case-made. Plaintiff in error has filed a motion to dismiss his appeal, which motion is sustained, the appeal herein is dismissed, and the cause remanded to the trial court.